No. 82–34. AMERICAN PAPER INSTITUTE, INC. *v.* AMERICAN ELECTRIC POWER SERVICE CORP. ET AL.; and

No. 82–226. FEDERAL ENERGY REGULATORY COMMISSION *v.* AMERICAN ELECTRIC POWER SERVICE CORP. ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE

O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 219 U. S. App. D. C. 1, 675 F. 2d 1226.